UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 5:24-cv-01475-AH-(SHKx) | Date November 6, 2025 |
| Title *Dongguan Guankun Trading Co., Ltd. et al. v. B.C.L. Enterprises Inc. et al.* | |

Present: The Honorable  Anne Hwang, United States District Judge

| Yolanda Skipper | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDERS TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

Plaintiff is ordered to show cause in writing, no later than **fourteen (14) days** from the entry of this Order, why this action should not be dismissed for lack of prosecution as to Defendant Anew Industries Group Inc. and as to Defendant B.C.L. Enterprises Inc. As an alternative to a written response by Plaintiff(s), the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause with respect to Defendant Anew Industries Group Inc., on or before the above date, as evidence that the matter is being prosecuted diligently:

- Response to the Complaint by Defendant Anew Industries Group Inc.; or
- An application for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

As an alternative to a written response by Plaintiff(s), the Court will consider the filing of one of the following as an appropriate response to this Order to Show Cause with respect to Defendant B.C.L. Enterprises Inc., on or before the above date, as evidence that the matter is being prosecuted diligently:

- Response to the Complaint by Defendant B.C.L. Enterprises Inc.; or
- An application for entry of default pursuant to Federal Rule of Civil Procedure 55(a).

      No oral argument on this matter will be heard unless otherwise ordered by the Court.  Fed. R. Civ. P. 78(b); L.R. 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to respond to the Order to Show Cause with respect to one or both Defendants will result in the **dismissal** of one or both Defendants.

**IT IS SO ORDERED.**