# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONGGUAN GUANKUN TRADING CO., LTD., a Chinese company, DONGGUAN ZHUOYING APPAREL CO., LTD., a Chinese company, DONGGUAN ZHUOSHENG TEXTILE CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>v.<br><br>B.C.L. ENTERPRISES INC., a California company, ANEW INDUSTRIES GROUP INC, a California company, GLOBAL TAC WAREHOUSE, INC., a California company, XYZ Corp., 1 to 10, and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 5:24-cv-01475-AH-(ACCVx)<br><br>**FINAL JUDGMENT  [JS-6]** |

Pursuant to the Court's Order granting Plaintiffs' Motion for Default Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:

1.     Judgment is entered in favor of Plaintiffs and against Defendants B.C.L. Enterprises Inc.and Anew Industries Group Inc., in accordance with this Court's Order granting Plaintiffs' Motion for Default Judgment.

2.     The Court AWARDS Plaintiffs $15,638,670.05 and CNY

¥62,467,545.86 in damages, $33,800.00 in attorneys' fees, and any post-judgment interest.

3. The Clerk of the Court shall close the case.

This is a final judgment.

IT IS SO ORDERED.

Dated: February 26, 2026 _____

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

CC:FISCAL

2